IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LYNN FRANKLIN MILAM                                                                        PLAINTIFF
ADC #500489

v.                                         No. 4:11-cv-839-DPM

SWATZEL, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Milam's complaint is dismissed with prejudice. This dismissal is a statutory strike. And an *in forma pauperis* appeal of this Judgment and related Order would be frivolous.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2012