IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LYNN FRANKLIN MILAM                                                               PLAINTIFF
ADC #500489

v.                                      No. 4:11-cv-839-DPM

SWATZEL, *et al.*                                                                 DEFENDANTS

JUDGMENT

Milam's complaint is dismissed with prejudice.  This dismissal is a statutory strike.  And an *in forma pauperis* appeal of this Judgment and related Order would be frivolous.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2012