# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LYNN FRANKLIN MILAM**
**ADC #500489**                                                                                   **PLAINTIFF**

v.                            No. 4:11-cv-839-DPM

**SWATZEL, Correctional Officer, Pope**
**County Detention Center, ADC;**
**FREDRICK DIXON, Correctional Officer,**
**Pope County Detention Center, ADC;**
**BULINDA SHELTON, Correctional**
**Officer, Pope County Detention Center,**
**ADC; and TERRY BAILEY, Captain, Pope**
**County Detention Center, ADC**                                         **DEFENDANTS**

## ORDER

Even though Milam proceeded *in forma pauperis,* he still had to pay the filing fee for this case. *Doc. 6 at 1.* His filing fee was paid in full on 8 January 2025. No payments have been taken from Milam since then. Motion, *Doc. 15,* denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 March 2025